**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Karen K-M,[1]

              Plaintiff,

  v.

Frank Bisignano,

              Defendant.

Case No. 2:25-cv-01126-BNW

**ORDER**

Before the Court is Plaintiff's application to proceed *in forma pauperis*. ECF No. 1.

**I.**    *In Forma Pauperis* **Application**

Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Accordingly, Plaintiff's request to proceed *in forma pauperis* will be granted.

**II.**    **Screening the Complaint**

Upon granting a request to proceed *in forma pauperis*, a court must screen the complaint under 28 U.S.C. § 1915(e)(2). Given that the concerns underlying the screening requirement of § 1915(e) are obviated by the fact that Plaintiff is represented by counsel, it is not in the interests of judicial economy to screen the complaint. This Court, therefore, will not enter a screening order. This case shall proceed on the normal litigation track.

Based on the foregoing, **IT IS ORDERED** that:

1.    Plaintiff's request to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**. Plaintiff will not be required to pay the filing fee of $405.00.

2.    Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or giving security for them. This Order

---

[1] In the interest of privacy, this opinion only uses the first name and last initial of the nongovernmental party.

granting leave to proceed *in forma pauperis* does not extend to the issuance of subpoenas at the government's expense.

    3. The Clerk of Court must file the Complaint (at ECF 1-1) on the docket.

    4. The Clerk of Court shall provide notice of this action to the Commissioner pursuant to Rule 3 of the Supplemental Rules for Social Security.

    5. From this point forward, Plaintiff must serve on Defendant or, if appearance has been entered by an attorney, on the attorney, a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff must include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the Defendant or counsel for the Defendant. The Court may disregard any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge, or the Clerk that fails to include a certificate of service.

DATED: June 26, 2025

                      _____
                      BRENDA WEKSLER
                      UNITED STATES MAGISTRATE JUDGE